AMIN TALATI WASSERMAN, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:  (213) 933-2330
Fax:  (312) 884-7352
william@amintalati.com
matt@amintalati.com
richard@amintalati.com

Attorneys for Defendant Performance Enhancing Supplements, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SCHEIBE, *individually and on behalf of all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE ENHANCING SUPPLEMENTS, LLC, dba PEScience, *a Delaware limited liability company*,<br><br>Defendant. | Case No.:  3:23-cv-00219-H-DDL<br><br>**DEFENDANT PERFORMANCE ENHANCING SUPPLEMENTS, LLC'S NOTICE OF MOTION AND MOTION TO STRIKE OR, ALTERNATIVELY, TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:  August 14, 2023<br>Time: 10:30 a.m.<br>Ctrm: 12A |

# NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT on August 14, 2023, at 10:30 a.m. or as soon thereafter as may be heard by the Honorable Marilyn L. Huff, located at 333 West Broadway, San Diego, California, Courtroom 12A, Defendant Performance Enhancing Supplements, LLC dba PEScience, will, and hereby does, move the Court for an order striking or, in the alternative, dismissing Plaintiff's First Amended Complaint ("FAC") and each claim asserted therein.

This motion is made pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), and on the grounds that: (1) Plaintiff did not file a motion for leave to amend; (2) the Consumers Legal Remedy Act, Unfair Competition Law and False Advertising Law claims fail to state facts upon which relief can be granted; (3) the Unfair Competition Law "unlawful" claim is preempted; (4) any claims based on the theory that "malic acid" should have be listed as "DL malic acid" are preempted, as the Court already ruled; (5) the FAC fails to state any claims for equitable relief because Plaintiff once again fails to allege facts establishing legal remedies are inadequate; and (6) the unjust enrichment claim fails to state facts upon which relief can be granted. The grounds for this motion are more fully set forth in the Memorandum of Points and Authorities filed herewith.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the pleadings and files in this action, and such other matters as may be presented at or before any hearing on this motion.

Dated: July 7, 2023              AMIN TALATI WASSERMAN, LLP

                                 /s/ *William P. Cole*
                                 William P. Cole

                                 Attorneys for Defendant
                                 Performance Enhancing Supplements, LLC

---

1
DEFENDANT PERFORMANCE ENHANCING SUPPLEMENTS, LLC'S
NOTICE OF MOTION AND MOTION TO STRIKE OR, ALTERNATIVELY,
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**
(United States District Court)

I hereby certify that on the 7th day of July, 2023, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *William P. Cole*
William P. Cole